UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BARRY BATSON, et al.,

                        Plaintiffs,                  15-CV-7576 (ALC) (OTW)

        -against-                          **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                        Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a post-discovery status conference in this matter on December 12, 2019, at which Defendants failed to appear. As discussed at the conference, by **January 31, 2020**, Plaintiffs shall file their motion to lift the bankruptcy stay as to Defendant Bighorn Capital, Inc. Defendant(s) may file an opposition by **February 14, 2020**. No replies are permitted. This Order should not be construed to prevent Plaintiffs from seeking a Clerk's Certificate of Default for other Defendants for whom the case is not currently stayed. Plaintiffs are directed to serve a copy of this Order on all Defendants and file a proof of service by **December 20, 2019**.

    **SO ORDERED.**

                                                       *s/ Ona T. Wang*

Dated: December 12, 2019                          **Ona T. Wang**
      New York, New York                    United States Magistrate Judge