**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BARRY BATSON, et al.,

               Plaintiffs,

-against-

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

               Defendants.

---

15-CV-7576 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiffs' Motion to Lift Stay as against Defendant Bighorn Capital, Inc. ("Bighorn Capital") (ECF 195). Whereas the Court had imposed a stay of all proceedings as against Bighorn Capital on December 12, 2016 pending Bighorn Capital's bankruptcy proceedings, as indicated by Plaintiffs' filing, the bankruptcy proceedings have since terminated as of November 8, 2017. (ECF 195-1). Any opposition to Plaintiffs' motion was due February 14, 2020, but, to date, no opposition has been filed. (*See* ECF 191). Accordingly, Plaintiffs' motion is GRANTED, and the stay as to Bighorn Capital is hereby terminated. The Clerk is directed to close ECF 195.

**SO ORDERED.**

Dated: February 26, 2020
      New York, New York

                          *s/ Ona T. Wang*
                              **Ona T. Wang**
                       United States Magistrate Judge