USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
  BATSON et al.,                                   :
                                             :
                             **Plaintiffs,**  :
                                             :     **15-cv-7576**
            -against-                   :
                                             :     <u>**ORDER**</u>
  **RIM SAN ANTONIO ACQUIDITION, LLC**  :
  **ET AL,**
                                             :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**  June 3, 2020

    New York, New York                                  **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**