**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/21/20
```

-------------------------------------------------------------x

BATSON, et al.,                               :
                                              :
                               Plaintiffs,    :
                                              :        **1:15-cv-7576**
         -against-                            :
                                              :        <u>**ORDER**</u>
RIM SAN ANTONIO ACQUISITION, LLC, et          :
al                                            :
                                              :
                               Defendants     :


-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On July 17, 2020, the Court permitted Plaintiffs to move for default judgment. (ECF No.

199). Plaintiffs have not done so. The parties should provide the Court with a joint status report by

September 28, 2020.

**SO ORDERED.**

**Dated:**   September 21, 2020

     **New York, New York**                               **ANDREW L. CARTER, JR.**
                                                **United States District Judge**