**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
BARRY BATSON, et al.,                    :
                                         :
                    Plaintiffs,          :    15-CV-7576 (ALC) (OTW)
                                         :
        -against-                        :    ORDER
                                         :
RIM SAN ANTONIO ACQUISITION, LLC, et al.,:
                                         :
                    Defendants.          :
------------------------------------------------------------x
```

    **ONA T. WANG, United States Magistrate Judge:**

    Plaintiffs have filed a Motion for Default (ECF 201, 202), but failed to first obtain a Clerk's Certificate of Default. *See* Local Civil Rule 55.2; *see also* Hon. Andrew L. Carter Jr. Individual Practices, Attachment A.1. Plaintiffs are directed to obtain a Clerk's Certificate of Default no later than **October 22, 2021.**

    Plaintiffs are also directed to serve the Clerk's Certificate of Default and this Order on **all** defendants. *See* Local Civil Rule 55.2.

    **SO ORDERED.**

                                                     *s/ Ona T. Wang*

Dated: October 15, 2021                               **Ona T. Wang**
      New York, New York                    United States Magistrate Judge