**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARRY BATSON, et al.,

                         Plaintiffs,                         15-CV-7576 (ALC) (OTW)

      -against-                                  **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                       Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant Scott Morgan's Response (ECF 224) to this Court's Order to Show Cause dated October 26, 2021. (ECF 222). The Court will hold an in-person status conference for **all parties** on **January 11, 2022 at 10:00 a.m. at 500 Pearl Street, New York, NY 10007 in Courtroom 20D.**

*Pro se* Defendant Scott Morgan may request to appear telephonically by December 17, 2021. Filings by a *pro se* party must be sent to the Pro Se Intake Unit by email (Temporary_Pro_Se_Filing@nysd.uscourts.gov), regular mail, or in-person delivery at the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Instructions for filing by email are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose. If Defendant wishes to participate in electronic case filing ("ECF"), Defendant must file a Motion for Permission for Electronic Case Filing, available at https://nysd.uscourts.gov/node/844. The Pro Se Intake Unit (212-805-0175) may be of assistance to the Defendant in connection with court procedures.

Plaintiffs are directed to serve a copy of this Order to all Defendants, including Scott Morgan at the mailing address and e-mail address provided by Morgan in ECF 224, and to file proof of service on the docket.

**SO ORDERED.**

Dated: November 15, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge