USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __March 14, 2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**BARRY BATSON ET AL.,**                                                :
                                                                        :
                                        **Plaintiffs,**                 :
                                                                        :       15-cv-07576 ALC)
          -against-                                                     :
                                                                        :       <u>**ORDER ADOPTING**</u>
**RIM SAN ANTONIO ACQUISITION, LLC ET AL.,**                            :       <u>**REPORT AND**</u>
                                                                        :       <u>**RECOMMENDATION**</u>
                                        **Defendants.**                 :
                                                                        :
------------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

On April 4, 2017, this matter was referred to United States Magistrate Judge Andrew J. Peck for general pretrial matters. ECF No. 99. The referral was reassigned to Magistrate Judge Ona T. Wang on March 5, 2018. On April 27, 2021, I issued an amended Order of Reference, referring to Magistrate Judge Wang Plaintiffs' Motion for Default Judgment. ECF No. 207. The Court now considers the Report and Recommendation issued by Magistrate Judge Wang, recommending that Plaintiffs' motion be granted as to all defendants, save for *pro se* defendant Scott Morgan, and that an inquest hearing regarding the damages determination be held after resolution of the action against Morgan. ECF No. 237.

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc*., 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). As there are no objections to the Report and Recommendation and as the Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

2

      The Clerk of Court is respectfully directed to enter default judgment consistent with this Order and terminate the motion at ECF No. 201.

**SO ORDERED.**

**Dated: March 14, 2022**
      **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**