**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BARRY BATSON, et al.,

                  Plaintiffs,

      -against-

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                  Defendants.

------------------------------------------------------------x

15-CV-7576 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to file a joint status letter on May 20, 2022.

Plaintiffs are directed to serve a copy of this Order to all Defendants, including Scott Morgan at the mailing address and e-mail address provided by Morgan in ECF 224, and to file proof of service on the docket.

**SO ORDERED.**

Dated: May 5, 2022
New York, New York

                                                 _s/ Ona T. Wang_
                                                   **Ona T. Wang**
                                       United States Magistrate Judge