UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
BARRY BATSON, et al.,

                        Plaintiffs,                           15-CV-7576 (ALC) (OTW)

            -against-                         **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                      Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In response to an earlier Order to Show Cause, on February 4, 2022, Morgan informed the Court that he intended to proceed *pro se*. (ECF 236). On February 18, 2022, I issued a Report and Recommendation ("R&R") recommending that the District Court grant Plaintiffs' Motion for Default Judgment as to all defendants except Morgan.[1] *See* ECF 237. Since this time, Morgan has not made an appearance or filed a responsive pleading.

On May 5, 2022, the Court ordered the parties to file a joint status letter. (ECF 239). Plaintiffs' counsel informed the Court that the case remains at a standstill, and that Morgan has not responded to any of Plaintiffs' communications. (ECF 241).

---

[1] Judge Carter adopted the R&R on March 14, 2022. (ECF 238).

**By June 10, 2022,** Morgan is directed to respond to the Fourth Amended Complaint. **If Morgan fails to respond, I will recommend entry or judgment of default against him.** Plaintiffs are directed to serve a copy of this Order on Morgan, and file proof of service on the docket.

**SO ORDERED.**

Dated: May 25, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge