**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BARRY BATSON, et al.,

                Plaintiffs,

     -against-

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                Defendants.

------------------------------------------------------------x

15-CV-7576 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court construes Morgan's June 10, 2022 letter (ECF 244) as a response to the Order to Show Cause. I do not recommend that the Court enter a judgment of default against Morgan at this time.

The parties are directed to appear for a confidential pre-settlement call on **July 28, 2022 at 2:00pm**. The dial-in information is (866) 390-1828, access code: 1582687.

Plaintiff's counsel is directed to serve a copy of this Order on Morgan and file proof of service on the docket. The Clerk of Court is respectfully directed to close ECF 244.

**SO ORDERED.**

Dated: June 13, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge