**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARRY BATSON, et al.,

                Plaintiffs,                  15-CV-7576 (ALC) (OTW)

        -against-                    **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs reached a settlement with *pro se* Defendant Scott Morgan on August 11, 2022. Accordingly, Defendant Scott Morgan should be dismissed. On February 18, 2022, I recommended Plaintiff's Motion for Default Judgment as to all defendants except Scott Morgan be granted. (ECF 237). On March 14, 2022, the District Court adopted the recommendation and ordered the Clerk of Court to enter default judgment consistent with its order. (ECF 238).

The Court will hold a telephonic Status Conference on **January 4, 2023, at 1:30 p.m.** with Counsel for Plaintiffs and all Defendants except Scott Morgan. The dial-in information is (866) 390-1828, access code 1582687.

Counsel for Plaintiffs is directed to serve a copy of this Order on all Defendants and file proof of service on the docket.

**SO ORDERED.**

                                                           *s/ Ona T. Wang*

Dated: December 5, 2022                         **Ona T. Wang**
       New York, New York              United States Magistrate Judge