**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BARRY BATSON, et al.,

                  Plaintiffs,

      -against-

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                  Defendants.
------------------------------------------------------------x

15-CV-7576 (ALC) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held a telephonic Status Conference on January 4, 2023. (ECF 247). As discussed at the conference, Plaintiffs are directed to resolve the case against *pro se* Defendant Scott Morgan by dismissing him, or by filing an appropriate motion, by **February 3, 2023**. *Pro se* Defendant Scott Morgan's opposition, if any, is due **March 24, 2023**. Plaintiffs' reply, if any, is due **March 31, 2023**.

      Counsel for Plaintiffs is directed to serve a copy of this Order on all Defendants and file proof of service on the docket.

      **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: January 4, 2023                                         **Ona T. Wang**
      New York, New York                         United States Magistrate Judge