UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY BATSON; DAVID DOUTHAT; WILLIAM LANGER GOKEY; WILLIAM LANGER AND SUSAN FLICKINGER GOKEY FOUNDATION, INC.; QUENTIN KRAMER; CHARLES MORTIMER; MICHAEL SOLKOW; JAMES WILSON, TRUSTEE FOR THE JAMES D. WILSON TRUST; AND WORTHINGTON ENTERPRISES, INC.,,<br><br>      Plaintiffs,<br><br>  -against-<br><br>RIM SAN ANTONIO ACQUISITION, LLC; RIM INVESTMENT GROUP LLC; BIGHORN CAPITAL, INC.; ROBERT ENTLER; SCOTT MORGAN; SICHENZIA ROSS FRIEDMAN FERENCE LLP, AND JOHN CARRIS INVESTMENTS, LLC,<br><br>      Defendants. | 15-CV-7576 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiffs' Motion to Enforce Settlement Agreement at ECF No. 253. Defendant Scott Morgan ("Morgan") is directed to file a response by **February 27, 2023.** The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Defendant Morgan.

**SO ORDERED.**

**Dated: February 7, 2023**
    New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**