UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BARRY BATSON, et al.,

                           Plaintiffs,                                    15-CV-7576 (ALC) (OTW)

        -against-                                        **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                           Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Plaintiffs were ordered to file (1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum setting forth proof of damages by **March 3, 2023**. (ECF 249). As of today, April 5, 2023, Plaintiffs have not done so and have not asked for any extensions. The deadline to file, serve the documents, and file proof of service, is extended *nunc pro tunc* to **April 28, 2023**. (*See* ECF 249).

Counsel for Plaintiffs is directed to serve a copy of this Order on all Defendants and file proof of service on the docket by **April 7, 2023**.

       **SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: April 5, 2023                                             **Ona T. Wang**
       New York, New York                            United States Magistrate Judge