UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BARRY BATSON, et al.,

                Plaintiffs,   15-CV-7576 (ALC) (OTW)

    -against-   **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On February 6, 2023, Plaintiffs filed a motion to enforce the settlement agreement with *pro se* Defendant Scott Morgan ("Morgan") reached at the Settlement Conference conducted by the Court on July 28, 2022. (ECF 253). At the time of filing, Plaintiffs reported that Morgan did not make any payments in the six months after the settlement conference and requested that the Court order Morgan to pay. (ECF 253 at 2). On February 7, 2023, the Honorable Andrew L. Carter ordered Morgan to file a response. (ECF 255). On May 5, 2023, Morgan filed a response representing that he "continue[s] to make monthly payments pursuant to the settlement agreement which have been accepted by Plaintiff, without objection" and requested the court "dismiss" Plaintiff's motion. (ECF 265 at 2).

In light of the foregoing, Plaintiffs and Morgan are directed to meet and confer and file a joint status letter by **August 14, 2023,** on the status of Morgan's payments and Plaintiffs' motion to enforce the settlement agreement (ECF 253).

Counsel for Plaintiffs is directed to serve a copy of this Order on all Defendants and file proof of service on the docket.

**SO ORDERED.**

Dated: August 3, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge