**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BARRY BATSON, et al.,

                Plaintiffs,   15-CV-7576 (ALC) (OTW)

    -against-   **ORDER**

RIM SAN ANTONIO ACQUISITION, LLC, et al.,

                Defendants.

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

    The Court previously directed Plaintiffs to file on the docket an inquest memorandum setting forth proof of damages, including "documentation supporting the requested attorney's fees and costs." (ECF Nos. 249, 258). Plaintiffs submitted in support an affidavit of James Ruiz, which summarizes at a high level the work performed by Plaintiffs' counsel, but Plaintiff did not file any attorney billing records. Plaintiffs are directed to file billing records in support of their application for attorneys' fees by **April 28, 2025.** Plaintiffs' billing records may be filed under seal.

      **SO ORDERED.**

                                                                     _s/ Ona T. Wang_

Dated: April 21, 2025                                   **Ona T. Wang**
      New York, New York                  United States Magistrate Judge